IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:07CR517-008 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CLAPPER, | ) | |
| | ) | |
| Defendant. | ) | ORDER |

On April 11, 2008, Defendant entered a plea of guilty to Count 1 of an indictment

charging 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute

Cocaine and Methamphetamine.  Defendant is scheduled for sentencing before this Court on July

7, 2008.

On June 12, 2008, the Court received a Violation Report from the Pretrial/Probation

office requesting the Court issue a Summons for Defendant.  The Violation Report listed the

nature of the non-compliance:

"On May 28, 2008, the defendant failed to show for an Intensive Out-patient treatment

session at Oriana House, Akron, and failed to call to re-schedule the appointment.  The same

date he reported to Oriana House for a random drug test; however, he failed to provide a urine

sample.  In addition, his counselors at Oriana House report he has been disruptive in his group

counseling sessions and displayed a negative and arrogant attitude, stating that he was a drug

dealer and not a user, and did not have time for the sessions, as he was preparing to go to Trial for his drug charges."

Defendant , represented by counsel, appeared before this Court for a Bond  Revocation hearing .

Steve Gyalai, Pretrial Officer, gave an overview of the violations listed in the Violation Report.

Counsel for Defendant and Defendant acknowledged  the violations, explained the reaons for non-compliance and requests the Court continue bond and aftercare drug/alcohol treatment.

The Government concurs with the recommendation of Pretrial Services.

The Court Orders Defendant's bond and drug/alcohol aftercare continued.  The Court further orders that: (1) Defendant  promptly notify the Pretrial Officer of any matter that interrupts Defendant's compliance with conditions of release and/or drug/alcohol aftercare followed by supporting documentation; (2) Defendant shall attend all counseling sessions; (3) Defendant shall continue all other conditions of release;  and (4) Defendant shall report to the office of  Pretrial Officer Steve Gyalai on Monday, June 23, 2008 at 8:00 a.m.

IT IS SO ORDERED.

 s/Christopher A. Boyko
Christopher A. Boyko
U.S. District Court Judge

June 19, 2008